1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**F I L E D**
Clerk
District Court

**MAY 3 0 2008**

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

UNITED STATES OF AMERICA,       )   CR 08-00013
                                )
            Plaintiff,          )
                                )
    v.                          )   **WAIVER OF SPEEDY TRIAL**
                                )
                                )   Hearing: Friday, May 30, 2008
MIN JO,                         )   Time:  10:30 a.m.
                                )
            Defendant.          )
                                )
                                )
                                )
                                )
_____ )

    I, MIN JO, having been fully advised of my rights to a speedy trial, and having been

advised that this right is granted to me by the Constitution of the United States and by federal

case and statutory law interpreting the Constitution, and having been fully advised that my trial

can only be set outside the time limits of the Speedy Trial Act if I waive my right to a speedy

trial, do hereby waive my right to a speedy trial freely and without coercion and request that the

time from the execution of this waiver up to and including _1 / 10_____, 2008, be excluded from

the computing of time within which trial of the offenses contained in the indictment must

commence pursuant to the Speedy Trial Act.

    I request the Court to find from the representations made by myself and/or my attorney in

open court, and the Assistant United States Attorney in charge of this case that this waiver is in

my best interest and that the ends of justice served by allowing this continuance of trial outweigh

any other interest that I or the general public may have in a speedy trial as defined by the United

States Constitution, the Federal Rules of Criminal Procedure and the statutory and case law of the United States.

DATED: _05/30/08_, 2008.

_____
MIN JO
Defendant

APPROVED:

_____
DAVID BANES
Attorney for Defendant

-2-