**Bruce Berline, Esq.**
**Law Office of Bruce Berline**
Macaranas Building, Second Floor
P.O. Box 5682 CHRB
Garapan, Saipan, MP 96950
Telephone: (670) 233-3663
Facsimile: (670) 233-5262

Attorney for IL CHO

F I L E D
Clerk
District Court

JUN -2 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## UNITED STATES DISTRICT COURT

## FOR

## THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>IL CHO and MIN JO,<br><br>　　　　　Defendants. | ) CRIMINAL CASE NO. 08-00015<br>)<br>) ORDER RE: CONTINUATION OF FILING<br>) DEADLINE FOR PRE-TRIAL MOTIONS<br>)<br>)<br>)<br>)<br>)<br>) Time:  N/A<br>) Date:  N/A<br>) Judge: Munson<br>)<br>) |

　　　On May 30, 2008, at 10:30 a.m., Defendant Il Cho, along with his attorney of record, Bruce Berline, and Defendant Min Jo, along with his attorney of record, George Hasselback, appeared before this Court in order to waive speedy trial rights. Also present was Assistant United States Attorney Eric O'Malley representing the Plaintiff.

　　　During the hearing, counsel for Defendant Il Cho moved the Court continue the deadline for filing pre-trial motions, presently set for May 30, 2008, to June 27, 2008. The Government did not object to Defendant Il Cho's motion.

Accordingly, **IT IS HEREBY ORDERED** that the defendants' deadline for filing pre-trial motions in this matter is hereby continued from May 30, 2008 to June 27, 2008. Any pre-trial motions shall be filed no later than Friday, June 27, 2008.

DATED   6-2-08

                                                                    ALEX R. MUNSON
                                                                    Chief Judge