# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-08-00015-002                                                               September 2, 2008
                                                                              1:00 p.m.

## UNITED STATES OF AMERICA  -v- MIN JO

PRESENT:    HON. ALEX R. MUNSON, JUDGE PRESIDING
            K. LYNN LEMIEUX, COURT ROOM DEPUTY
            SANAE N. SHMULL, COURT REPORTER
            ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
            JOSEPH HOREY, ATTORNEY FOR DEFENDANT
            MIN JO, DEFENDANT

PROCEEDINGS:   **CHANGE OF PLEA**

Defendant appeared with counsel, Attorney Joseph Horey for Attorney David Banes. Government was represented by Eric O'Malley, AUSA. Also present were Melinda Brunson, U.S. Probation Officer and Joe Arther, Special Agent, FBI.

Interpreter **Jun Ham** was sworn as interpreter/translator of the Korean language.

Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the Plea Agreement.

Court reviewed every element of the Plea Agreement with the Defendant. Government reported to the Court what they would be able to prove if this matter proceeded to trial. Defendant entered a plea of **GUILTY.** Court found that the defendant was fully competent to enter knowing and voluntary plea. Court accepted the plea and the Plea Agreement.

Court ordered a Presentence Investigation Report be submitted by October 28, 2008 and that the **Sentencing hearing be set for Tuesday, December 2, 2008 at 9:00 a.m.**

Court ordered that the defendant remain at liberty on all of the same terms and conditions as previously set.

                                                    Adjourned at 1:35 p.m.


                                                    /s/K. Lynn Lemieux, Courtroom Deputy